**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA

-against-

BRANDON JONES,

                  Defendant.

------------------------------------x

<u>ORDER</u>

24 Crim. 196 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled in this case for April 10, 2024, at 10:00 a.m.

Dated: New York, New York
       April 3, 2024

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge