UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

BRANDON JONES,

                Defendant.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

24 Cr. 196 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for October 31, 2024 is adjourned to November 21, 2024 at 10:00 a.m.

Dated: October 28, 2024
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge